IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

L.T.,

    Plaintiff,

v.

NORTH PENN SCHOOL DISTRICT

    Defendant.

CIVIL ACTION
NO. 18-3347

# ORDER

**AND NOW**, this 14th day of December 2018, upon consideration of Defendant's Motion for Judgment on the Joint Stipulated Record (Doc. No. 11), Plaintiff's Motion for Judgment on the Joint Stipulated Record (Doc. No. 12), Defendant's Response in Opposition to Plaintiff's Motion (Doc. No. 13), Plaintiff's Response in Opposition to Defendant's Motion (Doc. No. 14), Plaintiff's Reply to Defendant's Response (Doc. No. 15), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Plaintiff's Motion for Judgment on the Joint Stipulated Record (Doc. No. 12) is **GRANTED**.

2. Defendant's Motion for Judgment on the Joint Stipulated Record (Doc. No. 11) is **DENIED**.

3. This matter is **REMANDED** to the Pennsylvania Department of Education, Office for Dispute Resolution, for consideration consistent with the Opinion of the Court. On

remand, the Pennsylvania Special Education Hearing Officer must address North Penn School District's decision to deny Student an IEP that included a residential placement.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.